JOSEPH E. FLOREN (SBN 168292)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: jfloren@morganlewis.com

*Attorney for Defendant Trilegiant Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY AMIRHAMZEH, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., TRILEGIANT CORPORATION, a Delaware corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:14-cv-02123-VC<br><br>Hon. Vince Chhabria<br><br>**STIPULATION [AND ~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES AS MODIFIED** |

WHEREAS, Plaintiff Ashley Amirhamzeh ("Plaintiff") filed her Class Action Complaint in this action on May 8, 2014, naming as Defendants Wells Fargo Bank, N.A. and Trilegiant Corporation (individually "Defendant" and collectively "Defendants");

WHEREAS, the Court entered an Initial Case Management Scheduling Order on June 3, 2014, which set a Case Management Conference for August 12, 2014 and required the parties to file a Joint Case Management Statement by August 5, 2014;

WHEREAS, Plaintiff filed a First Amended Class Action Complaint on June 9, 2014 before serving either Defendant with the original Class Action Complaint;

WHEREAS, Defendants were thereafter served with process and the First Amended Class Action Complaint, and have sought and obtained extensions of time to respond to the First

Amended Class Action Complaint, such that their responses are currently due on August 8, 2014;

WHEREAS, Defendants intend to respond to the First Amended Class Action Complaint by moving to stay the action in its entirety and to and compel individual arbitration of Plaintiff's claims pursuant to applicable law including the Federal Arbitration Act, 9 U.S.C. §§ 3, 4, and in the alternative, for dismissal of Plaintiff's claims under Rule 12 of the Federal Rules of Civil Procedure;

WHEREAS, the parties believe it would be most efficient to continue the Case Management Conference, and all other deadlines set forth in the Initial Case Management Scheduling Order, pending the hearing on Defendants' forthcoming motions; and

WHEREAS, Local Rule 16-2(e) requires Court approval of any stipulation to vary the date of a Case Management Conference,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between all parties, through their undersigned counsel, and subject to the Court's approval, as follows:

1.  The Case Management Conference currently set for August 12, 2014, will be continued to the hearing date for Defendants' motions in response to the First Amended Class Action Complaint, or such date shortly thereafter as may be selected by the Court, depending on the Court's preference and availability.  All other deadlines set forth in the June 3, 2014 Initial Case Management Scheduling Order, including the deadline for the parties to submit a Joint Case Management Statement, are continued accordingly.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: July 18, 2014 | MORGAN, LEWIS & BOCKIUS LLP |
| | By /s/ Joseph E. Floren |
| | Joseph E. Floren |
| | Attorneys for Defendant Trilegiant Corporation |
| Dated: July 18, 2014 | HANSON BRIDGETT LLP |
| | By /s/ Gilbert J. Tsai |
| | Gilbert J. Tsai |
| | Attorneys for Defendant Wells Fargo Bank, N.A. |
| Dated: July 18, 2014 | LAW OFFICES OF J. KIRK DONNELLY, APC |
| | By /s/ J. Kirk Donnelly |
| | J. Kirk Donnelly |
| | Attorneys for Plaintiff |

### **ATTESTATION PER LOCAL CIVIL RULE 5-1(i)(3)**

I am a signatory to this document and am the person whose ECF user ID and password are being utilized in its electronic filing with the Court. I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 18th day of July 2014 at San Francisco, California.

*/s/Joseph E. Floren*
Joseph E. Floren

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/ 80061749.2

3

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE (3:14-CV-02123-VC)

# O R D E R

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, THE COURT ORDERS AS FOLLOWS:**

~~The Case Management Conference scheduled in this action for August 12, 2014 is continued until a date to be determined by the Court, on or shortly after the hearing date for Defendants' motions in response to the First Amended Class Action Complaint.  All other deadlines set forth in the June 3, 2014 Initial Case Management Scheduling Order, including the deadline for the parties to submit a Joint Case Management Statement, are continued accordingly.~~

The case management conference scheduled for August 12, 2014 is continued to September 23, 2014, at 10:00 a.m., with a joint case management statement to be filed by no later than September 16, 2014. Should the parties file any motions prior to the due date of the joint case management statement, they may file a stipulation and proposed order to continue the case management conference to the date and time of the hearing.

**IT IS SO ORDERED.**

Dated: July 23, 2014

_____
Hon. Vince Chhabria
United States District Judge