JOSEPH E. FLOREN (SBN 168292)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail:  jfloren@morganlewis.com

KENNETH M. KLIEBARD (admitted *pro hac vice*)
GREGORY T. FOUTS (admitted *pro hac vice*)
BENJAMIN P. CARR (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, IL 60601-5094
Tel: 312.324.1000
Fax: 312.324.1001
E-Mail:  kkliebard@morganlewis.com
             gfouts@morganlewis.com
             bcarr@morganlewis.com

*Attorneys for Trilegiant Corporation*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ASHLEY AMIRHAMZEH, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., TRILEGIANT CORPORATION, a Delaware corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:14-cv-02123-VC<br><br>[PROPOSED] **ORDER REGARDING TRILEGIANT CORPORATION'S ADMINISTRATIVE MOTION TO SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**<br><br>**Dept: Courtroom 4, 17th Floor**<br><br>**Judge: Hon. Vince Chhabria** |

1 | Based on the administrative motion, the declaration of Gregory T. Fouts, papers and
2 | arguments of the parties, and the complete files and records of this action, and for good cause
3 | appearing:
4 | The Court finds that Exhibit 2 to the Declaration of Trisha J. Hoffman, consisting of a CD
5 | containing an audio recording of a telephone call, may be filed under seal.

SO ORDERED

_____
Hon. Vince Chhabria
United States District Judge

Date: August 12, 2014