1   FARRAH MIRABEL (162933)
    **LAW OFFICES OF FARRAH MIRABEL**
2   4590 MacArthur Blvd., Suite 280
    Newport Beach, CA 92660
3   Tel.  (949) 752-0707
    Fax  (949) 752-0779
4   fmesq@fmirabel.com

5   J. KIRK DONNELLY (179401)
    **LAW OFFICES OF J. KIRK DONNELLY, APC**
6   7668 El Camino Real, Suite 104-760
    Carlsbad, CA 92009
7   Tel.  (760) 634-5700
    Fax  (760) 634-5701
8   kdonnelly@jkd-law.com

9   Counsel for Plaintiff ASHLEY AMIRHAMZEH

10

11              **UNITED STATES DISTRICT COURT**

12   **NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

13

14   ASHLEY AMIRHAMZEH,                      CASE NO. 14-CV-02123-VC
     individually, and on behalf of all others
15   similarly situated,

16          Plaintiffs,                      **STIPULATED REQUEST FOR
                                             ORDER CHANGING TIME;**
17          v.                               ~~**[PROPOSED]**~~ **ORDER,** AS MODIFIED
                                             **DECLARATION OF FARRAH
18                                           MIRABEL IN SUPPORT**
     WELLS FARGO BANK, N.A.,
19   TRILEGIANT CORPORATION, a
     Delaware Corporation, and DOES 1
20   through 20, inclusive,

21          Defendants.

22

23          Pursuant to Local Rules 6-1 and  6-2, and as supported by the Declaration of

24   Farrah Mirabel filed herewith, Plaintiff Ashley Amirhamzeh, on behalf of all others

25   similarly situated (collectively "Plaintiff"), on the one hand, and Defendants Wells

26   Fargo Bank, N.A. ( "Wells Fargo") and Trilegiant Corporation ("Trilegiant")

27   (collectively, "Defendants"), by and through their undersigned counsel, hereby

28

---

STIPULATED REQUEST FOR ORDER CHANGING TIME                    CASE NO. 14-CV-02123-VC

1   stipulate and respectfully request that the Court extend the deadline for Plaintiff to

2   file oppositions to Wells Fargo's Motion to Compel Arbitration and Stay

3   Proceedings ("Motion to Compel and Stay") and Trilegiant's Motion to Dismiss or

4   Stay the Case and Compel Arbitration, or in the alternative, to Dismiss Pursuant to

5   Fed. R. Civ. P. 12(b)(1) and 12(b)(6)  ("Motion to Dismiss or Stay") (collectively

6   referred to as the "Motions" or the "Defendants' Motions"). The parties declare in

7   support of this request:

8       WHEREAS, the Defendants filed their Motions and effectuated service on

9   Plaintiff on August 8, 2014, making Plaintiff's opposition briefs due on August 22,

10  2014 pursuant to Local Rule 7-3;

11      WHEREAS, a Case Management Conference ("CMC") is currently

12  scheduled for September 23, 2014 at 10:00 a.m., with a Joint Case Management

13  Statement to be filed no later than September 16, 2014;

14      WHEREAS, in its order of July 24, 2014, this Court indicated that if the

15  parties file any motions prior to September 16, 2014, the parties may stipulate to

16  continue the CMC currently set for September 23, 2014, to the time and date of the

17  hearings of such motions;

18      WHEREAS, the hearings on the Defendants' Motions are currently set for

19  October 2, 2014;

20      WHEREAS, Plaintiff requires additional time to prepare her opposition

21  briefs. The reason for the requested enlargement of time is due to the recent death

22  of an immediate family member of Plaintiff's counsel Farrah Mirabel;

23      WHEREAS, this is Plaintiff's first request for an extension of time to file her

24  opposition briefs to the Defendants' Motions;

25      WHEREAS, the parties have met and conferred and Defendants do not

26  oppose Plaintiff's request for an additional twenty-one (21) days within which to

27  file her opposition briefs; and

28  //

2

1    WHEREAS, the parties believe it would be most efficient to continue the

2  CMC and all other deadlines set forth in the Initial Case Management Scheduling

3  Order, pending the hearing on the Motions.

4    NOW, THEREFORE, pursuant to Local Rule 6-2, the parties through their

5  respective attorneys stipulate as follows:

6    1.  Plaintiff shall have up to and including September 12, 2014, to file her

7  opposition briefs to Wells Fargo's Motion to Compel Arbitration and Stay

8  Proceedings and Trilegiant's Motion to Dismiss or Stay the Case and Compel

9  Arbitration, or in the alternative, to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1)

10 and 12(b)(6);

11    2.  Defendants shall have up to and including September 26, 2014, to file

12 their reply briefs;

13    3.  The hearing on Defendants' Motions currently set for October 2, 2014,

14 will be continued to October 16, 2014, at 10:00 a.m., or such date shortly thereafter

15 as may be selected by the Court, depending on the Court's preference and

16 availability;

17    4.  The CMC currently set for September 23, 2014, will be continued to the

18 hearing date for Defendants' Motions, or such date shortly thereafter as may be

19 selected by the Court, depending on the Court's preference and availability. All

20 other deadlines set forth in the Initial Case Management Scheduling Order,

21 including the deadline for the parties to submit a Joint Case Management

22 Statement, are continued accordingly.

23 //

24 //

25 //

26 //

27 //

28 //

3

1   **IT IS SO STIPULATED**.

2   Dated:  August 22, 2014              **LAW OFFICES OF FARRAH MIRABEL**

3                                        By:   s/ Farrah Mirabel
                                             Farrah Mirabel
4

5                                        **LAW     OFFICES     OF     J.     KIRK
                                         DONNELLY, APC**
6

7                                        By:   s/ J. Kirk Donnelly
                                             J. Kirk Donnelly
8

9                                        Attorneys for Plaintiffs ASHLEY
                                         AMIRHAMZEH, individually and on behalf
                                         of all others similarly situated
10

11
    Dated:  August 22, 2014              **HANSON BRIDGETT LLP**
12

13
                                         By:   s/ John T. Cu
14                                           John T. Cu
                                             Gilbert J. Tsai
15                                           Attorneys for Defendant WELLS
                                             FARGO BANK, N.A.
16

17
    Dated:  August 22, 2014              **MORGAN, LEWIS & BOCKIUS LLP**
18

19
                                         By:   s/ Gregory T. Fouts
20                                           Joseph E. Floren
                                             Kenneth M. Kilebard
21                                           Gregory T. Fouts
                                             Attorneys for Defendant TRILEGIANT
22                                           CORPORATION

23

24

25

26

27

28

4

1

2      ## <u>ATTESTATION PER LOCAL CIVIL RULE 5-1(I)(3)</u>

3          I am a signatory to this document and am the person whose ECF and ID and

4    passwords are being utilized in its electronic filing with the Court. I hereby attest

5    that concurrence in the filing of this document has been obtained from each of the

6    other signatories hereto.

7          I declare under penalty of perjury under the laws of the United States that the

8    foregoing is true and correct. Executed this 22nd day of August 2014 at Newport

9    Beach, California.

10

11                                    <u>    s/ Farrah Mirabel    </u>
                                          Farrah Mirabel

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                         5

STIPULATED REQUEST FOR ORDER CHANGING TIME                CASE NO. 14-CV-02123-VC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[~~PROPOSED~~] ORDER AS MODIFIED

## PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, THE COURT ORDERS AS FOLLOWS:

Plaintiff shall have up to and including September 12, 2014, to file her opposition briefs to Defendant Wells Fargo Bank, N.A.'s ("Wells Fargo") Motion to Compel Arbitration and Stay Proceedings and Defendant Trilegiant Corporation's ("Trilegiant") Motion to Dismiss or Stay the Case and Compel Arbitration, or in the alternative, to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (collectively referred to as "Defendants' Motions"). Defendants shall have up to and including September 26, 2014, to file their reply briefs in support of their motions.

The hearing on Defendants' Motions currently set for October 2, 2014, at 10:00 a.m., will be continued to 10:00 a.m. on October 16, 2014 ~~, or _____, 2014 [an alternate date as selected by the Court, depending on the Court's preference and availability])~~.

The case management conference currently set for September 23, 2014, will be continued to ~~the hearing date for Defendants' Motions as set forth in the~~ October 28, 2014, at 10:00 a.m. ~~preceding paragraph.~~ All other deadlines set forth in the Initial Case Management Scheduling Order, including the deadline for the parties to submit a Joint Case Management Statements, are continued accordingly.

**IT IS SO ORDERED**.


DATED: August 22, 2014



IT IS SO ORDERED
AS MODIFIED

Judge Vince Chhabria

1  FARRAH MIRABEL (162933)
2  **LAW OFFICES OF FARRAH MIRABEL**
   4590 MacArthur Blvd., Suite 280
   Newport Beach, CA 92660
3  Tel. (949) 752-0707
   Fax (949) 752-0779
4  fmesq@fmirabel.com

5  J. KIRK DONNELLY (179401)
6  **LAW OFFICES OF J. KIRK DONNELLY, APC**
   7668 El Camino Real, Suite 104-760
   Carlsbad, CA 92009
7  Tel. (760) 634-5700
   Fax (760) 634-5701
8  kdonnelly@jkd-law.com

9  Counsel for Plaintiff ASHLEY AMIRHAMZEH

10

11              **UNITED STATES DISTRICT COURT**

12  **NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

13

| | |
|---|---|
| 14  ASHLEY AMIRHAMZEH, individually, and on behalf of all others similarly situated, | CASE NO. 14-CV-02123-VC |
| 16              Plaintiffs, | **DECLARATION OF FARRAH MIRABEL IN SUPPORT OF STIPULATED REQUEST FOR ORDER CHANGING TIME** |
| 17              v. | |
| 18 | |
| 19  WELLS FARGO BANK, N.A., TRILEGIANT CORPORATION, a Delaware Corporation, and DOES 1 through 20, inclusive, | **[Local Rule 6-2]** |
| 21              Defendants. | |
| 22 | |

23      I, Farrah Mirabel, declare as follows:

24      1.  I am the principal attorney of the Law Offices of Farrah Mirabel and an

25  attorney of record for Plaintiff Ashley Amirhamzeh, individually and on behalf of

26  all others similarly situated (collectively "Plaintiff"). The matters within this

27  declaration are true of my personal knowledge or, where stated otherwise, upon

28  information and belief.

                                    1

2.  The parties to this case are submitting a stipulated request for an order modifying the briefing schedule on Defendants Wells Fargo's Motion to Compel Arbitration and Stay Proceedings and Trilegiant's Motion to Dismiss or Stay the Case and Compel Arbitration, or in the alternative, to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), (collectively referred to as the "Motions").

3.  Pursuant to the stipulated request, Plaintiff's opposition brief would be due September 12, 2014, and Defendants' reply briefs in support of their motions would be due on September 26, 2014.

4.  The Motions are currently set to be heard on October 2, 2014, at 10:00 a.m. In order to ensure that the Court has sufficient time to review the parties' respective briefs, both parties stipulate and respectfully request a continuance of the hearing date from October 2, 2014, to October 16, 2014, at 10:00 a.m., or such date shortly thereafter as may be selected by the Court, depending on the Court's preference and availability.

5.  This request is made for good cause.  I recently suffered the loss of an immediate family member and I am experiencing great grief and sorrow. An enlargement of time would enable the parties to provide better briefing to assist the Court in resolving the Motions. The parties stipulate to this request.

6.  The previous modifications of time in this case are as follows:

   a.   On July 7, 2014, the Court endorsed the parties' stipulation extending the time for Defendants to respond to Plaintiffs First Amended Complaint. Doc. 17.

   b.   On July 24, 2014, upon the parties' stipulated request, the Court continued a Case Management Conference from August 12, 2014, to September 23, 2014. Docs. 18, 19. In its order, this Court indicated that if the parties file any motions prior to the due date of the Joint Case Management Statement, the parties may stipulate to continue the Case Management Conference currently set for September 23, 2014, to the time and date of the hearings of Defendants' Motions.

2

7. The parties believe it would be most efficient to continue the Case Management Conference, currently scheduled for September 23, 2014, and all other deadlines set forth in the Initial Case Management Scheduling Order pursuant to Pursuant to this Court's order of July 24, 2014.

8. This proposed modification of time will impact the hearing date on the Defendants' Motions currently set for October 2, 2014, and the case management conference currently set for September 23, 2014. All other deadlines set forth in the Initial Case Management Scheduling Order will also be continued accordingly.

     I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 22nd day of August 2014 at Newport Beach, California.

                                       _____s/ Farrah Mirabel_____
                                       Farrah Mirabel

3