HANSON BRIDGETT LLP
JOHN T. CU, SBN 207402
jcu@hansonbridgett.com
GILBERT J. TSAI, SBN 247305
gtsai@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

Attorneys for Defendant Wells Fargo Bank,
N.A.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| ASHLEY AMIRHAMZEH, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., TRILEGIANT CORPORATION, a Delaware Corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 14-CV-02123 VC<br><br>**STIPULATION TO DISMISS WELLS FARGO BANK, N.A. WITH PREJUDICE AND ~~(PROPOSED)~~ ORDER** |

Pursuant to Fed. R. Civ. P. 41(a)(1), the Parties, through their undersigned counsel of record, hereby stipulate to dismiss Defendant Wells Fargo Bank, N.A. ("WFB") with prejudice from this action.  The parties declare in support of this request as follows:

WHEREAS, Plaintiff ASHLEY AMIRHAMZEH ("Plaintiff") filed the operative First Amended Class Action Complaint on June 9, 2014;

WHEREAS, on August 8, 2014, Defendant WFB filed its Motion to Compel Arbitration and Stay Proceedings ("WFB Motion") and Trilegiant Corporation ("Trilegiant") filed its Motion to Dismiss or Stay the Case and Compel Arbitration, or in the Alternative, to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) ("Trilegiant

1  Motion") (collectively referred to as "Defendants' Motions");

2  WHEREAS, through previous stipulation, the Parties agreed to allow Plaintiff to

3  file her opposition briefs to Defendants' Motions on September 12, 2014;

4  WHEREAS, Defendants timely filed their respective reply papers to Plaintiff's

5  opposition to Defendants' Motions on September 26, 2014;

6  WHEREAS, pursuant to the Court's Order Regarding the Parties' Stipulated

7  Request for Order Enlargening Time Re Defendants' Motions (Court Docket No. 56),

8  dated October 2, 2014, the Court set the hearing on Defendants' Motions for October 30,

9  2014 at 10:00 a.m. to be heard before (or contemporaneously with) the Initial Case

10  management Conference, which is also set for October 30, 2014, at 10:00 a.m.;

11  WHEREAS, wishing to settle all of Plaintiff's claims and disputes against WFB,

12  Plaintiff and WFB have reached a good faith settlement, the terms of which are governed

13  by an executed Settlement Agreement and Release dated October 25, 2014

14  ("Settlement Agreement");

15  WHEREAS, pursuant to the Settlement Agreement between Plaintiff and WFB, in

16  exchange for adequate consideration, Plaintiff agrees to voluntarily dismiss WFB with

17  prejudice from this action;

18  WHEREAS, in executing the Settlement Agreement, WFB expressly denies any

19  liability for the claims alleged against it in this action;

20  WHEREAS Defendant Trilegiant does not oppose Plaintiff's voluntary dismissal of

21  WFB with prejudice of this action;

22  WHEREAS, a class has not been certified in this action as of the date of this

23  Stipulation, and therefore court approval under Fed. R. Civ. P. 23(e) is not required;

24  NOW, THEREFORE, pursuant to Fed. R. Civ. P. 41(a)(1), the Parties through

25  their respective attorneys stipulate as follows:

26  1.   Pursuant to a settlement reached by and between Plaintiff and WFB, the

27  terms of which are governed by the Settlement Agreement, WFB is dismissed with

28  prejudice from this action.

2

1    2.    Given the dismissal of WFB with prejudice from the action, WFB's Motion

2  set for hearing on October 30, 2014 is now moot, and therefore the Parties respectfully

3  request that hearing on WFB's Motion be vacated or removed from the Court's calendar;

4    3.    The hearing on Trilegiant's Motion shall remain on calendar for October 30,

5  2014 at 10:00 a.m., and the Initial Case Management Conference shall also remain on

6  calendar for October 30, 2014 at 10:00 a.m.

7  / / /

8  / / /

9  / / /

10  / / /

11  / / /

12  / / /

13  / / /

14  / / /

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

STIPULATED DISMISSAL OF WFB WITH PREJUDICE                    CASE NO. 14-CV-02123-VC

1    **IT IS SO STIPULATED**.

2

3    Dated:  October 28, 2014            **HANSON BRIDGETT LLP**

4

5                                        By: ___s/ John T. Cu_____
                                             John T. Cu
6                                            Gilbert J. Tsai
                                             Attorneys for Defendant WELLS FARGO
7                                            BANK, N.A.

8

9

10   Dated:  October 28, 2014            **LAW OFFICES OF FARRAH MIRABEL**

11                                       By: ___s/ Farrah Mirabel_____
                                             Farrah Mirabel
12

13
                                         Attorneys for Plaintiffs ASHLEY AMIRHAMZEH,
14                                       individually and on behalf of all others similarly
                                         situated
15

16
     Dated:  October 28, 2014            **MORGAN, LEWIS & BOCKIUS LLP**
17

18
                                         By: ___s/ Joseph E. Floren_____
19                                           Joseph E. Floren
                                             Kenneth M. Kilebard
20                                           Gregory T. Fouts
                                             Attorneys for Defendant TRILEGIANT
21                                           CORPORATION

22

23

24

25

26

27

28

                                          4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ATTESTATION PER LOCAL CIVIL RULE 5-1(I)(3)

I am a signatory to this document and am the person whose ECF and ID and passwords are being utilized in its electronic filing with the Court. I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 28th day of October 2014 at San Francisco, California.

_____s/ John T. Cu_____
John T. Cu

5

STIPULATED DISMISSAL OF WFB WITH PREJUDICE          CASE NO. 14-CV-02123-VC

1

2                    [PROPOSED] ORDER

3       PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, THE

4  COURT ORDERS AS FOLLOWS:

5       Pursuant to a good faith settlement entered into by Plaintiff Ashley Amirhamzeh

6  ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("WFB"), which settlement is

7  memorialized in a Settlement Agreement and Release executed by Plaintiff and WFB on

8  October 25, 2014, and the Parties Stipulation To Dismiss WFB With Prejudice from this

9  action, WFB is hereby dismissed with prejudice from this action.

10      The hearing on WFB's Motion to Compel Arbitration And Stay Proceedings, which

11  was set for October 30, 2014, is now vacated.  WFB and counsel on its behalf are not

12  required to appear for the Initial Case Management Conference set for October 30,

13  2014, at 10:00 a.m.

14      **IT IS SO ORDERED**.

15

16

17  DATED: October 28, 2014
                                         _____
18                                       Hon. Vince Chhabria
                                         United States District Judge
19

20

21

22

23

24

25

26

27

28

1